(Reap. Dec. 8662)

UNIVERSAL FOREIGN SERVICE CO. FOR HARRY H. LEDERER & CO. *v.*
UNITED STATES

Entry No. D. E. 5111.

(Decided September 26, 1956)

*Lawrence & Tuttle* (*George R. Tuttle* of counsel) for the plaintiff.
*George Cochran Doub,* Assistant Attorney General (*Samuel D. Spector,* trial attorney), for the defendant.

WILSON, Judge: This appeal for reappraisement has been submitted for decision upon an agreed statement of facts. On such facts, I find that the 100 6-volt oilcoils here involved, which were appraised at 4.19.6 each, English currency, plus packing, net, should be properly valued at 4.19.6 each, English currency, less 33⅓ per centum, plus packing 1.0.0 English currency.

Judgment will be entered accordingly.

(Reap. Dec. 8663)

PACIFIC MUSIC SUPPLY CO.⎫
GUY B. BARHAM CO.       ⎬ *v.* UNITED STATES
                        ⎭

Entry No. 4167.

(Decided September 26, 1956)

*Lawrence & Tuttle* (*George R. Tuttle* of counsel) for the plaintiffs.
*George Cochran Doub,* Assistant Attorney General (*Samuel D. Spector,* trial attorney), for the defendant.

WILSON, Judge: This appeal for reappraisement has been submitted for decision upon an agreed statement of facts. On such facts, I find that the merchandise herein, which was appraised at deutschemarks 9.80 each, less 3 per centum discount, plus prorated packing, to be properly valued at deutschemarks 8.40 each, net packed.

Judgment will be entered accordingly.